IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN SCHRAGE,<br><br>Plaintiff,<br><br>vs.<br><br>HRISTOS V. KALTSAS,<br><br>Defendant. | Civil Action No.: 2:24-cv-4382-RMG<br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

**PLAINTIFF(S)**

MORGAN & MORGAN

*s/Jonathan D. Graham*
Jonathan Graham (FED ID No.: 13969)
4401 Belle Oaks Drive, 3rd Floor
North Charleston, South Carolina 29405
Telephone: (843) 947-6063
Facsimile: (843) 947-6113
Email: jgraham@forthepeople.com

**ATTORNEYS FOR PLAINTIFF**

*September 17, 2024*

**DEFENDANT(S)**

WILLSON JONES CARTER & BAXLEY, P.A.

*s/ G. Troy Thames*
G. Troy Thames (FED ID No.: 07713)
Brian P. Hubacher (FED ID No.: 14287)
4922 O'Hear Avenue, Suite 301
North Charleston, SC 29405
Telephone: (843) 284-0832
Facsimile: (843) 606-3300
Email: tthames@wjcblaw.com

**ATTORNEYS FOR DEFENDANT**

*September 18, 2024*