IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN SCHRAGE, | ) |
| | ) Civil Action No.: 2:24-cv-4382-RMG |
| Plaintiff, | ) |
| | ) |
| vs. | ) **PLAINTIFF'S RESPONSES TO LOCAL** |
| | ) **RULE 26.01 INTERROGATORIES** |
| HRISTOS V. KALTSAS, | ) |
| | ) |
| Defendant. | ) |

Plaintiff John Schrage responds to Local Rule 26.01's interrogatories as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: Conduent Payment Integrity Solutions o/b/o CIGNA Health Insurance may have a subrogation interest to the extent any health insurance payments were made for Plaintiff Schrage's medical bills. Conduent's address is P.O. Box 30114, Salt Lake City, UT 84130-9993, and their phone number is (801) 562-6544.**

(B) As to each claim state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiff and Defendant have both requested jury trials on all claims.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: Plaintiff Schrage is an individual, not a corporation.**

1

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division.

**RESPONSE: Plaintiff does not challenge the appropriateness of the division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?

**RESPONSE: Plaintiff is not aware of any other related action.**

*(F) & (G) omitted, as they apply to Defendants only.*

(H) *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE: Plaintiff is a citizen and resident of South Carolina.**

        **MORGAN & MORGAN**

        *s/Jonathan D. Graham*
        Jonathan Graham, Esq.
        Federal Bar # 13969
        4401 Belle Oaks Drive, 3rd Floor
        North Charleston, South Carolina 29405
        Telephone: (843) 947-6063
        Facsimile: (843) 947-6113
        Email: jgraham@forthepeople.com

        **ATTORNEYS FOR PLAINTIFF**

        December 18, 2024
        Charleston, SC