IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN SCHRAGE, ) | |
| ) | Civil Action No.: 2:24-cv-4382-RMG |
| Plaintiff, ) | |
| vs. ) | |
| ) | STATUS REPORT |
| HRISTOS V. KALTSAS, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, pursuant to the December 4, 2025 Order of the Honorable Judge Richard M. Gergel, parties submit the following Status Report regarding the above captioned matter. On July 31, 2025, Plaintiff Schrage and Defendant Kaltsas reached a settlement as to the Defendant's primary liability policy. Nationwide Insurance, through Harleysville Insurance Company of New Jersey, was the Defendant's primary liability carrier, provided bodily-injury coverage, and appointed defense counsel pursuant to that policy.

Defendant Kaltsas also maintained excess umbrella coverage through Cumberland Mutual Fire Insurance Company, and Plaintiff intends to continue pursuing the claim as to that excess policy and any other available coverage. Defense counsel has provided Plaintiff's counsel with a Covenant Not to Execute for review and execution and is currently awaiting Plaintiff's counsel to review and return.

The excess carrier has retained attorney Matt LaFave to represent its interests and those of the Defendant moving forward. Upon execution of the Covenant, defense counsel will file a Consent Order substituting Mr. LaFave as counsel of record.

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| *s/Jonathan D. Graham* | *s/Brian P. Hubacher* |
| Jonathan Graham (FED ID No.: 13969) | G. Troy Thames (FED ID No.: 07713) |
| Morgan & Morgan | Brian P. Hubacher (FED ID No.: 14287) |
| 4401 Belle Oaks Drive, 3rd Floor | Willson Jones Carter & Baxley, P.A. |
| North Charleston, South Carolina 29405 | 4922 O'Hear Ave., Suite 301 |
| jgraham@forthepeople.com | North Charleston, SC  29405 |
| (843) 947-6063 | tthames@wjcblaw.com |
| (843) 947-6113 (fax) | bphubacher@wjcblaw.com |
| Attorney for Plaintiff | (843) 284-1094 |
| | (843) 284 1081(fax) |
| | Attorneys for Defendant |