# IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| John Schrage, <br><br> *Plaintiff,* <br><br> vs. <br><br> Hristos V Kaltsas, <br><br> *Defendant.* | Case No.: **2:24-CV-4382** <br><br> **PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER.** |

      Plaintiff John Schrage, through his counsel, respectfully requests an extension of time for the parties to respond to the Court's order for a status conference (ECF # 18). As grounds, Plaintiff's counsel states that he just completed a jury trial in the Beaufort County Court of Common Pleas yesterday. Plaintiff's counsel has not been able to confer with Defendant's counsel today, as Defendant's counsel is completing an all-day CLE and has not yet had an opportunity to respond to Plaintiff's counsel. Plaintiff's counsel has a planned family vacation starting Sunday and ending the following Saturday, during which his wife would very much appreciate it if he was not working. Plaintiff's counsel therefore respectfully requests the deadline for the status report be extended from February 10 until February 17 or some other time the Court finds appropriate.

 

**MORGAN & MORGAN, P.A.**
By:    /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

Charleston, SC

February 6, 2026.