IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN SCHRAGE, ) | |
| ) | Civil Action No.: 2:24-cv-4382-RMG |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT'S MOTION FOR** |
| ) | **SUBSTITUTION OF COUNSEL** |
| HRISTOS V. KALTSAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Notice is hereby given that, subject to approval by the court, Defendant Hristos V. Kaltsas, hereby moves this honorable court to substitute Matthew C. LaFave, esquire, of LaFave Bagley, LLC, for G. Troy Thames, esquire, and Brian P. Hubacher, esquire, of Willson, Jones, Carter & Baxley, P.A., as defense counsel in this action. Harleysville Insurance Company of NJ, as liability insurance carrier for Defendant, has paid the policy limits to Plaintiff, and Cumberland Mutual Fire Insurance Company, as excess/umbrella carrier, has retained Matthew, C. LaFave, Esquire, as defense counsel on behalf of the umbrella carrier in this action.

WILLSON JONES CARTER & BAXLEY, P.A.

s/ Brian P. Hubacher
G. Troy Thames (FED ID No.: 07713)
Brian P. Hubacher (FED ID No.: 14287)
4922 O'Hear Avenue, Suite 301
North Charleston, South Carolina  29405
Telephone: (843) 284-1094
Facsimile: (843) 606-3300
Email:  bphubacher@wjcblaw.com

North Charleston, South Carolina

February 11, 2026

**ATTORNEYS FOR DEFENDANT**