IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John Schrage, <br><br>          Plaintiff,<br>vs.<br><br>Hristos v. Kaltsas,<br><br>          Defendant. | Civil Action No. 2:24-cv-4382-RMG<br><br>**NOTICE OF APPEARANCE** |

Matthew C. LaFave hereby notices his appearance as counsel on behalf of Cumberland Mutual Fire Insurance Company, as excess/umbrella carrier, and hereby requests notice of all future pleadings, motions and other case related documents.

                                        Respectfully Submitted,

                                        *s/Matthew C. LaFave*
                                        Matthew C. LaFave, Federal ID No. 10317
                                        matt@lafavebagley.com
                                        Lafave Bagley, LLC
                                        2019 Park Street
                                        Columbia, South Carolina 29201
                                        (803) 724-5727

February 17, 2026                 *Attorney for Excess/Umbrella Carrier*