IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLNA
CHARLESTON DIVISION

| | | |
|---|---|---|
| John Schrage, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 2:24-4382-RMG |
| vs. | ) | |
| | ) | |
| Hristos V. Kaltsas, | ) | |
| | ) | **THIRD AMENDED SCHEDULING** |
| Defendant. | ) | **ORDER** |
| | ) | |
| | ) | |

The Court hereby amends the Second Amended Scheduling Order (Dkt. No. 14) to alter certain specific deadlines. Otherwise, all provisions of the Second Amended Scheduling order shall remain unchanged.

6. <u>Expert Witnesses</u>:  Defendant response is due **April 30, 2026**.

7. <u>Records Custodian Witnesses</u>: Responses are due **June 5, 2026**.

8. <u>Discovery</u>: Completed by **June 27, 2026**.

10. <u>Dispositive Motions and Daubert Motions</u>: Filed on or before **July 9, 2026**.

11. <u>Mediation</u>: Completed by **July 15, 2026**.

14. <u>Trial</u>:  Day certain trial date **August 10, 2026**.

**AND IT IS SO ORDERED**.

<u>s/ Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

February 18, 2026
Charleston, South Carolina