**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| John Schrage,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Hristos V. Kaltsas,<br><br>　　　　　　　Defendant. | Case No.: 2:24-cv-4382-RMG<br><br><br>**JOINT STATUS REPORT** |

The parties hereby respectfully submit this Joint Status Report in response to the Court's Text Order [ECF 30] concerning the potential trial of the above captioned matter. Specifically, the Order requested the parties to advise the Court on conflicts that may exist for the weeks of July 6 and July 13, 2026. In accordance with the Court's Order, the parties hereby provide a status report.

a)　　　Counsel for Plaintiff has vacation plans the week of July 13, 2026; and

b)　　　Counsel for Defendant has secured leave and vacation plans both weeks.

Should the Court require any additional information at this time, please advise and the parties will promptly provide the same.

*[SPACE INTENTIONALLY BLANK; SIGNATURE PAGE FOLLOWS]*

RESPECTFULLY SUBMITTED,


s/Jonathan Graham
Jonathan Graham, USDC ID No. 13969
MORGAN & MORGAN
4401 Belle Oaks Drive, 3rd Floor
North Charleston, South Carolina 29405
843.947.6063
jgraham@forthepeople.com
*Counsel for Plaintiff*


s/Matthew C. LaFave
Matthew C. LaFave, USDC ID No. 10317
LAFAVE & BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.724.5727
matt@lafavebagley.com
*Counsel for Defendant*


This 28th day of May 2026