**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| John Schrage,<br><br>                    Plaintiff,<br><br>          v.<br><br>Hristos V. Kaltsas,<br><br>                    Defendant. | Case No.:  2:24-cv-4382-RMG<br><br><br>***AMENDED***<br>**JOINT STATUS REPORT** |

The parties hereby respectfully submit this Joint Status Report in response to the Court's Text Order [ECF 32] concerning the potential trial of the above captioned matter. Specifically, the Order requested the parties to advise the Court of (1) any date certain trials and vacation dates that cannot be altered from July 1, 2026 through December 31, 2026; and (2) the estimated length of trial. In accordance with the Court's Order, the parties hereby provide a status report.

a)      Counsel for Plaintiff has vacation plans the week of July 13, 2026 through July 17, 2026 and December 13 through December 21;

b)      Counsel for Defendant has vacation plans from July 1, 2026 through July 17, 2026 and December 28 through December 31, 2026; and

c)      The Parties estimate the trial of this case to last three (3) days.

Should the Court require any additional information at this time, please advise and the parties will promptly provide the same.

*[SPACE INTENTIONALLY BLANK; SIGNATURE PAGE FOLLOWS]*

RESPECTFULLY SUBMITTED,


s/Jonathan Graham
Jonathan Graham, USDC ID No. 13969
MORGAN & MORGAN
4401 Belle Oaks Drive, 3rd Floor
North Charleston, South Carolina 29405
843.947.6063
jgraham@forthepeople.com
*Counsel for Plaintiff*


s/Matthew C. LaFave
Matthew C. LaFave, USDC ID No. 10317
LAFAVE & BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.724.5727
matt@lafavebagley.com
*Counsel for Defendant*

This 2nd day of June 2026