IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOHN SCHRAGE, | ) | |
| | ) | Civil Action No.: 2:24-cv-4382-RMG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT STATUS REPORT** |
| | ) | |
| HRISTOS V. KALTSAS, | ) | |
| | ) | |
| Defendant. | ) | |

On July 27, 2026, this Court ordered the parties to file this Joint Status Report. (ECF # 35). The parties have conferred and hereby submit the following report:

Before the mediation deadline, Mr. Schrage began the process of scheduling surgery for his shoulder, which is an injury that he contends arises out of this crash. Financial constraints delayed Mr. Schrage's ability to schedule that surgery. He has resolved the financial constraints and will have a surgery date very soon. The parties have mediation scheduled on August 14, 2026, with Bonum S. Wilson so that they can engage in a meaningful mediation. Absent a resolution, the parties are also prepared to meet the present deadlines established by the Court, including the trial date.

[*Signature Page to Follow*]

1

By:     /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

By:     /s/Matthew C. LaFave
Matthew C. LaFave
Federal Bar No. 10317
2019 Park Street
Columbia, South Carolina 29201
903.724.5727
matt@lafavebagley.com
*Counsel for Defendant*

2