IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John Schrage,<br><br>    Plaintiff,<br><br>vs.<br><br>Hristos v. Kaltsas,<br><br>    Defendant. | Civil Action No.: 2:24-cv-4382-RMG<br><br>**DEFENDANT'S 26(a)(3)**<br>**PRETRIAL DISCLOSURES** |

**TO:  JONATHAN D. GRAHAM, ESQUIRE AS COUNSEL FOR PLAINTIFF**

COMES NOW DEFENDANT, by and through their undersigned counsel, who hereby submits the following information pursuant to Rule 26(a)(3), Fed. R. Ci.P.:

A.  The name and, if not previously provided, the address and telephone number of each witness---separately identifying those the party expects to present and those it may call if the need arises.

**RESPONSE: Defendant expects to offer the following witnesses:**

1)  **Hristos Kaltsas**
    **9 Van Auken Road**
    **Newton, NJ 07850**
    **864-295-3181**

2)  **Officer Chaska Ford**
    **City of Charleston Police Department**
    **180 Lockwood Drive**
    **Charleston, South Carolina 29403**

**Defendant reserves the right to call any witnesses identified by Plaintiff should the need arise.**

1

B. The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition; and

**RESPONSE: Reserving all rights pursuant to Rule 32, Fed. R. Civ. P., Defendants do not expect to present any witnesses by deposition.**

C. An identification of each document or other exhibit, including summaries of other evidence---separately identifying those items the party expects to offer and those it may offer if the need arises.

**RESPONSE:  Defendant expects to offer the following:**

1) **Medical records from MUSC Health;**
2) **Medical records from Carolina Neurosurgery and Orthopedics;**
3) **Radiology Reports from American Health Imaging;**
4) **Physical therapy records from CORA Physical Therapy;**
5) **Medical records from Lowcountry Orthopaedics;**

**Defendant may offer the following if the need arises:**

6) **Deposition transcript of Plaintiff whole or in part.**

RESPECTFULLY SUBMITTED,

*s/Matthew C. LaFave*
Matthew C. LaFave, Fed. ID No. 10317
LAFAVE BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.724.5727 (office)
803.790.8841 (fax)

***ATTORNEY FOR DEFENDANT***

This 11th day of August 2026
Columbia, South Carolina