# IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON  DIVISION

| | |
|---|---|
| John Schrage,<br><br>*Plaintiff,*<br><br>vs.<br><br>Hristos V Kaltsas,<br><br>*Defendant*. | Case No.: **2:24-CV-4382**<br><br>**PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES** |

Plaintiff John Schrage hereby submits the following information pursuant to federal Rule of Civil Procedure 26(a)(3):

A.      The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.

**RESPONSE: Plaintiff Schrage anticipates calling the following witnesses**

1)  **The witnesses identified by Defendant Kaltsas.**

2)  **John Schrage**
    **1514 McIntosh Drive,**
    **Johns Island, SC 29455**
    **843-300-2824**

3)  **Dr. Paul K. White, MD CLCP**
    **171 Huntington Road, NE**
    **Atlanta, Georgia 30309**
    **404-502-8989**

4)  **Dr. Michael Connolly**
    **C/o American Health Imaging**
    **1117 South Carolina 41, Ste. 103 & 104,**
    **Mt. Pleasant, SC 29466**
    **843-999-0097**

5) **Dr. Adam Schaaf**
   **C/o Lowcountry Orthopedics**
   **2880 Tricom Street,**
   **N. Charleston, SC 29406**
   **843-797-5050**

6) **Dr. Jason Highsmith**
   **C/o Carolina Neurosurgery & Orthopedics**
   **7301 Rivers Ave, Suite 242**
   **Charleston, SC 29406**
   **843-510-0727**

B.  The designation of those witnesses whose testimony the party expects to present

by deposition.

**RESPONSE: Plaintiff Schrage does not anticipate presenting any witness testimony**

**by deposition.**

C.  An identification of each document or other exhibit, including summaries of other

evidence—separately identifying those items the party expects to offer and those

it may offer if the need arises.

**RESPONSE: Plaintiff anticipates offering the following exhibits:**

1) **Medical records from MUSC Health, Carolina Neurosurgery and Orthopedics, American Health Imaging, CORA Physical Therapy, and Lowcountry Orthopaedics.**
2) **A summary of the bills Plaintiff Schrage has incurred through the date of trial.**
3) **Video and/or stills from the videos taken by Charleston Police Department dash-mounted cameras.**

**MORGAN & MORGAN, P.A.**
By:  ___/s/Jonathan Graham___
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

Charleston, SC

August 13, 2026.