IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John Schrage,<br><br>Plaintiff,<br>vs.<br><br>Hristos V. Kaltsas,<br><br>Defendant. | Civil Action No.: 2:24-cv-4382-RMG<br><br><br>**VERDICT FORM** |

1. Do you unanimously find that Defendant's negligence proximately caused Plaintiff's damages?

_____ YES

_____ NO

If you answer Question No. 1 YES, please continue to Question No. 2.

If you answer Question No. 1 NO stop deliberations.

2. Please state the amount of actual damages, if any, you find were sustained by Plaintiff's and proximately caused by Defendant's negligence:

$___________________________________

___________________________________
Foreperson