IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John Schrage,<br><br>Plaintiff,<br>vs.<br><br>Hristos V. Kaltsas,<br><br>Defendant. | Civil Action No.: 2:24-cv-4382-RMG<br><br>**DEFENDANT'S REQUESTED VOIR DIRE** |

Defendant Hristos Kaltsas [hereinafter referred to as "Defendant"], by and through its undersigned counsel, hereby request that the following inquiry be made of the venire:

1. Is any member of the jury panel a social acquaintance or relative of John Schrage or any member of their immediate family?

2. Is any member of the jury panel a social acquaintance or relative of Hristos Kaltsas or any member of their immediate family?

3. Is any member of the jury panel or his/her immediate family a current or past employee of Nexans?

4. Has any member of the jury panel or his/her immediate family suffered from injuries related to a motor vehicle accident?

5. Has any member of the jury panel or his/her immediate family been a party to a lawsuit as a result of a motor vehicle accident?

6. Has any member of the jury panel or his/her immediate family ever pursued a claim resulting from a motor vehicle accident?

7. Is any member of the jury panel a current or former patient, social acquaintance, relative of Dr. Adam C. Schaaf, or employed by Lowcountry Orthopaedics & Sports Medicine?

8. Is any member of the jury panel a current or former patient, social acquaintance, relative of Dr. Jason Highsmith, or employed by Carolina Neurosurgery and Orthopedics?

9. Does any member of the jury panel, as their primary job responsibility, drive a motor vehicle.

10. Does any member of the jury panel believe someone is entitled to receive money simply because they were involved in a motor vehicle accident?

RESPECTFULLY SUBMITTED,

*s/Matthew C. LaFave*
Matthew C. LaFave, Fed. ID No. 10317
LAFAVE BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.724.5727 (office)
803.790.8841 (fax)

***ATTORNEY FOR DEFENDANT***

This 31st day of August 2026
Columbia, South Carolina