**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Joshua Schrage,<br><br>*Plaintiff,*<br><br>*-vs-*<br><br>Hristos V Kaltsas,<br><br>*Defendant.* | C/A No.: 2:24-cv-04382-RMG<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* REGARDING FUTURE DAMAGES** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

I am admitted to practice before this Court and hereby enter my appearance as counsel for Plaintiff John Schrage.

**MORGAN & MORGAN, P.A.**

By: s/Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
State Bar No. 105795
Federal Bar No. 14272
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
Cooper.klaasmeyer@forthepeople.com
*Counsel for Plaintiff*

North Charleston, SC
September 2, 2026.