IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

John Schrage,

Plaintiff,

vs.

Hristos Kaltsas,

Defendant.

C/A: 2:24-cv-04382-RMG

**APPEARANCE OF COUNSEL**

TO: CLERK OF COURT AND ALL COUNSEL OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case on behalf of Cumberland Mutual Fire Insurance Company, as excess/umbrella carrier.

*s/ Alyssa R. Burelson*
Alyssa R. Burleson, USDC ID No. 14518
LAFAVE BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
Phone: (803) 399-9970
alyssa@lafavebagley.com

September 4, 2026

*Attorney for Umbrella Carrier*