**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **John Schrage,** | ) | **Case No.: 2:24-CV-4382** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Joint Status Report** |
| **Hristos V Kaltsas** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to this Court's text order, Plaintiff John Schrage, with the consent of counsel for Defendant Hristos Kaltsas, files this joint status report. The parties are continuing settlement negotiations but are prepared to proceed to trial on September 30. The parties stand ready to provide the Court with any additional information.

**MORGAN & MORGAN, P.A.**
By: *<u>/s/Jonathan Graham</u>*
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
Counsel for Plaintiff