**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **John Schrage,** | ) | **Case No.: 2:24-CV-4382** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| **Hristos V Kaltsas** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff Schrage hereby notifies the Court that the parties have reached an agreement to settle this case, thus obviating the need for trial currently scheduled for September 30, 2026. The parties are finalizing settlement documents and will file a stipulation of dismissal.

**MORGAN & MORGAN, P.A.**
By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

Charleston, SC

September 28, 2026.